## AFFIDAVIT OF SERVICE

| Case:<br>1:24-cv-02880-SBP | Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO | County: | Job:<br>12275757 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>CHRISTOPHER WEBER | | Defendant / Respondent:<br>BRIAN BOATRIGHT et al | |
| Received by:<br>TRAILFINDER INC | | For:<br>CHRIS WEBER | |
| To be served upon:<br>JEFFERY WALSH | | | |

*FILED*
*UNITED STATES DISTRICT COURT*
*DENVER, COLORADO*
*DEC 1 6 2024*
*JEFFREY P. COLWELL*
*CLERK*

I, David Kyle, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   JEFFERY WALSH, 1300 BROADWAY, DENVER, CO 80203

Manner of Service:   Authorized, Dec 4, 2024, 2:04 pm MST

Documents:   SUMMONS IN A CIVIL ACTION, ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION, LIST OF DEFENDANTS, CIVIL COVER SHEET, INTRODUCTION, ALLEGATIONS AND SUMMARY OF RELEVANT HISTORY, LEGAL ARGUMENT , EXHIBITS, COLORADO DOMESTIC LAWS IN QUESTION, DAMAGES CAUSED TO PLAINTIFF, CONCLUSION, COMPLAINT

Additional Comments:
1) Successful Attempt: Dec 4, 2024, 2:04 pm MST at 1300 BROADWAY #210, DENVER, CO 80203 received by COLORADO COMMISSION ON JUDICIAL DISCIPLINE. HANDED COPY OF DOCUMENTS DIRECTLY TO MATTHEW SERBAN, ADMINISTRATIVE ASSISTANT FOR THE OFFICE OF THE ATTORNEY GENERAL WHO IS AUTHORIZED TO ACCEPT SERVICE ON THE RESPONDENTS BEHALF AND WHO APPEARED TO THIS AFFIANT TO BE: Age: 40; Ethnicity: Caucasian; Gender: Male; Weight: 165; Hair: Brown.

David Kyle                                     Date

TRAILFINDER INC
2860 S. CIRCLE DR. #250K
COLORADO SPRINGS, CO 80906

*Subscribed and sworn to before me in El Paso County, Colorado by the affiant who is personally known to me*

Notary Public

Date

JORDYN ROSE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20244013502
MY COMMISSION EXPIRES APRIL 05, 2028

**Mr. Christopher Weber**
4520 W. Mineral Ave., Apt. 206
Littleton, CO 80128-2605



ATT: CASE NO. 1:24-CV-02880-SBP
US District Court of CO.
901 19th St.
Denver, CO 80294

B029432501 C044