IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02880-SBP

CHRISTOPHER WEBER,

     Plaintiff,

v.

STATE OF COLORADO;
JEFFERSON COUNTY, COLORADO;
KATIE DEVRIES;
SHERMAN & HOWARD L.L.C.;
DAVID LITTMAN;
JEFFREY PILKINGTON;
LAURA TIGHE;
JOEL SCHAEFER;
NICHOLAS CAMPBELL;
BRIAN BOATRIGHT;
SUEANNA JOHNSON;
KYM SORRELLS;
THE COLORADO COMMISSION ON JUDICIAL DISCIPLINE;
THE COLORADO SUPREME COURT;
CHRISTOPHER GREGORY;
JEFFREY WALSH; and
ELISABETH MILLER,

     Defendants.

---

**STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS SHERMAN & HOWARD L.L.C. AND KATIE DEVRIES TO RESPOND TO PLAINTIFF'S COMPLAINT AND JURY DEMAND**

---

Defendants Sherman & Howard L.L.C. and Katie DeVries (collectively referred to as "Defendants") file this Stipulated Motion for Extension of Time for Defendants Sherman & Howard L.L.C. and Katie DeVries to Respond to Plaintiff's Complaint and Jury Demand, and in support thereof, state as follows:

59593515.1

Certificate of Conferral.  Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel for Defendants conferred in good faith via an exchange of emails with Plaintiff Christopher Weber on December 17, 2024, regarding this Stipulated Motion. Mr. Weber agreed to the relief sought.

1.      Plaintiff filed his Complaint against Defendants on October 17, 2024 (ECF 1).

2.      On December 4, 2024, Plaintiff served his Complaint and Jury Demand on Defendant Katie DeVries (ECF 13).

3.      On December 4, 2024, Plaintiff served his Complaint and Jury Demand on Defendant Sherman & Howard L.L.C. (ECF 13-3).

4.      Defendants' responsive pleadings are currently due December 26, 2024.

5.      The Parties stipulate to an extension of 21 days from Defendants Sherman & Howard L.L.C.'s and Katie DeVrie's response deadline, up to and including January 16, 2025, for both Defendants to file their responsive pleading(s).

6.      This Stipulation will be effective upon filing.  D.C.COLO.LCivR 6.1(a).

DATED:  December 18, 2024.

SHERMAN & HOWARD L.L.C.

*s/ Joseph J. Bronesky*
Joseph J. Bronesky, General Counsel
675 Fifteenth Street, Suite 2300
Denver, Colorado 80202
Telephone:  (303) 297-2900
Facsimile:  (303) 298-0940
Email:  jbronesky@shermanhoward.com

*ATTORNEYS FOR DEFENDANTS SHERMAN & HOWARD L.L.C. AND KATIE DEVRIES*

2

59593515.1

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2024, I filed a true and correct copy of the foregoing **STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS SHERMAN & HOWARD L.L.C. AND KATIE DEVRIES TO RESPOND TO PLAINTIFF'S COMPLAINT AND JURY DEMAND** through the Court's CM/ECF System, and a copy was sent via electronic mail as follows:

Christopher M. Weber
chrismw12@gmail.com

*s/ Donna L. Fouts*
Donna L. Fouts, Practice Assistant

59593515.1