IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02880-PAB

CHRISTOPHER WEBER,

Plaintiff,

v.

STATE OF COLORADO, et al.,

Defendants.

---

**UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME FOR DEFENDANTS JEFFERSON COUNTY, COLORADO AND KYM SORRELLS TO RESPOND TO PLAINTIFF'S COMPLAINT AND JURY DEMAND**

---

Defendants Jefferson County, Colorado and Kym Sorrells (the "County Defendants") file this Unopposed Motion for Extension of Time to Respond to Plaintiff Christopher Weber's Complaint and Jury Demand [ECF 1] ("Mr. Weber" and the "Complaint," respectively) pursuant to D.C.COLO.LCIVR 6.1, and in support thereof, state as follows:

**Certificate of Conferral.** Pursuant to D.C.COLO.LCIVR 7.1(a), the County Defendants' counsel conferred in good faith via an exchange of emails with Mr. Weber on January 13, 2023. Mr. Weber does not oppose the requested relief.

1. Mr. Weber filed the Complaint on October 17, 2024.

2. On December 4, 2024, Mr. Weber served his Complaint and Jury Demand on Defendant Jefferson County, Colorado [ECF 13-2] and Defendant Kym Sorrells [ECF 13-5].

3.	On December 19, 2024, the County Defendants' filed a Stipulated Motion [ECF 23] providing for a 21-day extension to the County Defendants' response deadline, up to and including January 16, 2025, for the County Defendants to file their responsive pleading(s), which Motion was granted by Order dated December 24, 2024 [ECF 26].

4.	On December 27, 2024, Chief Judge Philip. A. Brimmer issued an Order denying Plaintiff's Request for Immediate Emergency Relief in which he ordered Plaintiff to, on or before January 10, 2025, show cause why the Court should not abstain from exercising jurisdiction over the claims in his complaint and why this case should not be dismissed [ECF 35]. Plaintiff responded on January 10, 2025 [ECF 38].

5.	The County Defendants accordingly request a second extension of time up to and including two weeks after the Court decides and issue any order(s) regarding the pending Order to Show Cause.

6.	The Motion is made in the interests of justice for judicial economy and saves the time and resources of the Court and all Parties in the event the Court concludes that Plaintiff has failed to show cause why this matter should not be dismissed on *Younger* abstention grounds.

7.	A copy of this Motion has been served contemporaneously on the County Defendants.

Respectfully submitted this 13th day of January, 2025.

JEFFERSON COUNTY ATTORNEY'S OFFICE

*/s/ Amber Munck*
Rebecca P. Klymkowsky, #41673
Assistant Deputy County Attorney
Amber Munck, #39531
Assistant County Attorney
100 Jefferson County Parkway, Suite 5500
Golden, Colorado 80419
T: 303.271.8913
E: rklymkow@co.jefferson.co.us
E: amunck@jeffco.us
*Attorneys for Jefferson County, Colorado and Kym Sorrells*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME FOR DEFENDANTS JEFFERSON COUNTY COLORADO AND KYM SORRELLS TO RESPOND TO PLAINTIFF'S COMPLAINT AND JURY DEMAND** was filed via the US District Court ECF Filing System this 13th day of January, 2025, and a true and correct copy will be forwarded to the following:

Christopher Weber
4520 W Mineral Ave 10-206
Littleton, CO 80128
chrismw12@gmail.com
*Plaintiff pro se*

Joseph J. Bronesky, General Counsel
Taft Stettinius & Hollister LLP
675 Fifteenth Street, Suite 2300
Denver, Colorado 80202
jbronesky@taftlaw.com
*Attorneys for Defendants Sherman & Howard L.L.C. And Katie Devries*

Philip J. Weiser, Attorney General
Dmitry B. Vilner, Senior Assistant Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10TH Floor
Denver, Colorado 80203
dmitry.vilner@coag.gov
*Attorneys for State Defendants*

                                              */s/ William Griego*
                                              William Griego, Paralegal