Chris Weber
481 W Prentice Ave 105
Littleton, CO 80120
720-548-8571
chrismw12@gmail.com



To: Administrator of Court, Clerk of the Court, or relevant party, United States District Court For the District of Colorado

Re: Judicial Emails of Judge Brimmer Persuant to The Freedom of Information Act, 5 U.S.C. § 552

Persuant to The Freedom of Information Act, I hereby request the following records from the court administrator:

All emails and phone records of Judge Brimmer or members of his staff for the time period December 1, 2024 to January 31, 2025. Specifically, I'm interested in communications with the Colorado Attorney General's Office, especially regarding my case 1:24-cv-02880 Christopher Weber v State of Colorado.

Please forward this request to the appropriate individual(s), departments, entities for compliance with this request.

_____                          ___March 29, 2025___
Chris Weber

Chris Weber
481 W Prentice Ave
#105
Littleton, CO 80120

SEATTLE WA 980
1 APR 2025 PM 2 L

RE: FOIA Request
Jeffrey Colwell
Alfred A. Arraj Courthouse
901 19th St. Room A105
Denver, CO 80249

